**STATE of Missouri, Respondent,**

v.

**Curtis E. STRONG, Appellant.**

No. WD 63665.

Missouri Court of Appeals, Western District.

April 26, 2005.

Rosalynn Koch, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before HARDWICK, P.J., ULRICH and NEWTON, JJ.

## *ORDER*

PER CURIAM.

Curtis Strong appeals his jury conviction for first-degree statutory rape, Section 566.032, RSMo.2000. Upon review of the briefs and the record, we find no error and affirm the conviction. No precedential purpose would be served by a published opinion, but we have provided the parties with a Memorandum explaining the reasons for our decision. Rule 30.25(b).